## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **HIEN DUY VU,** §<br>§<br>*Petitioner*, §<br>§<br>§<br>**v.** §<br>§<br>**PAMELA BONDI, IN HER OFFICIAL** §<br>**CAPACITY AS U.S. ATTORNEY** §<br>**GENERAL; KRISTI NOEM,** §<br>**SECRETARY, DEPARTMENT OF** §<br>**HOMELAND SECURITY; TODD** §<br>**LYONS, DIRECTOR, UNITED** §<br>**STATES IMMIGRATION AND** §<br>**CUSTOMS ENFORCEMENT; MARY** §<br>**DE ANDA-YBARRA, FIELD OFFICE** §<br>**DIRECTOR, EL PASO FIELD** §<br>**OFFICE, UNITED STATES** §<br>**IMMIGRATION AND CUSTOMS** §<br>**ENFORCEMENT; AND WARDEN,** §<br>**ERO EL PASO CAMP EAST** §<br>**MONTANA DETENTION CENTER,** §<br>§<br>*Respondents*. § | **No.  3:25-CV-00678-LS** |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Motion to Dismiss without Prejudice,[1] the Court grants the motion [ECF No. 6] and dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 6, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.